Roy W. Hughes, et al., Plaintiffs-Appellants, v. City of Peoria, et al., Defendants-Appellees.

Gen. No. 66–44.

Third District.

March 9, 1967.

Rehearing denied April 19, 1967.

Leiter, Newlin, Fraser, Parkhurst & McCord, and Joseph J. Solls, all of Peoria, and Sheldon J. Plager, of Urbana, for appellants; Max J. Lipkin, Davis, Morgan & Witherell, and Swain, Johnson & Gard, all of Peoria, for appellees. Opinion by JUSTICE HOFFMAN. Not to be published in full.